

February 19, 2024

Suzanne J. Mayo
457 East Wonderview C 4
Estes Park, Colorado 80517

US Bankruptcy Court
US Custom House
721 19th Street
Denver, Colorado 80202-2508

RE: Case Number 23-15647-COP

Please find attached a copy of a check made out to Susan Henshaw on February 26, 2023 for $5,000.00.  Ms. Henshaw knew at the time of the Loan that she was having financial difficulty and probably already anticipating filing for Bankruptcy at the time.

We are requesting that this debt not be discharged but an appropriate repayment schedule be ordered by the Court.

Thank you.

Sincerely,

Suzanne J. Mayo

JOANN C NUETZMAN 78006608470 Page 3

3468

02-241/1070

JOANN C NUETZMAN 0209
PH. 970-586-6691   970-679-0241
PO BOX 4455  1841
ESTES PARK, CO 80517

Date 1/24/23

Pay to the
Order of ___Susan Henshaw_____ | $ 5000.00

Five thousand and no/100 _____ Dollars

**Bank of Colorado** | 1.800.277.7715 | bankofcolorado.com
V A L U E S   O N L Y   O N E

For _Loan_____

Eugene Mayo

053468

03/01/2023   3468   $5,000.00