# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

Susan Powell Henshaw ,

Debtor(s).

Bankruptcy Case No. 23-15647-CDP ,

Chapter 7 ,

FILED
CLERK OF COURT
JUL 2 6 2024
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Susan Powell Henshaw ,

Plaintiff(s),

v.

Gerald Mayo ,

Defendant(s).

## MOTION FOR CONTEMPT

Debtor Susan Powell Henshaw was granted discharge debts on March 15, 2024.

Despite the notice of discharge to creditor Gerald Mayo, Mr. Mayo continues to harass me about his debt. His constant contact through letters have caused me anguish, embarrassment and resulted in severe emotional distress.

Please see attached exhibits (Exh. 1, letters from Gerald Mayo's wife Suzie Mayo) demanding payment of the discharged debt.

Date: 7/8//2024

Filed By: *Susan Henshaw*
Signature of Movant/Debtor

Printed Name: Susan Powell Henshaw
Mailing Address: 3159 State Hiwy 7
Telephone number: 970.672.7074
Email: circa54@gmail.com

| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Susan<br>First Name | Powell<br>Middle Name | Henshaw<br>Last Name | Case #: 23-15647-CDP |
| Debtor 2: | <br>First Name | <br>Middle Name | <br>Last Name | Chapter: 7 |

FILED CLERK OF COURT
JUL 2 6 2024

## Local Bankruptcy Form 4001-4.1
## Notice of Motion for Contempt Citation

**Complete applicable sections.**

**Part 1 Objection Deadline**

Objection deadline: _____ [month/day/year].

**Part 2 Notice**

NOTICE IS HEREBY GIVEN that a motion, entitled _____ [motion title] (the "Motion"), has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for _____ [month/day/year] at _____ [time] at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom _____ [letter], Fifth Floor, Denver, Colorado 80202.

If you desire to oppose the Motion you must file with this court a written objection to the Motion on or before the objection deadline listed above, and serve a copy upon Movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1(c) regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

**Part 3 Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: 7/8/2024

By: Copy
Signature

Bar Number (if applicable): _____
Mailing Address: 3159 State Hwy 7, Estes Park, CO 80517
Telephone number: 970 672 7074
Facsimile number: _____
E-mail address: circa54@gmail.com

PO Box 1841
Estes Park CO
80517

Susan Henshaw
3159 Highway 7
Estes Park CO
80517

DENVER CO 802
11 JUN 2024 PM 6 L





6/9/24

Susan,

I wrote you a letter 2 months ago and received no response. I would like a response.

We wrote a check for $5000.00 to you in Feb. 23. We did it in good faith and you said you would have a plan for payback. It was from my Mom and Dad's account. My sister is not happy with me. She said it was their money and said "no" but I believed in you.

I know you did the bankruptcy and were excused from a lot of your debt. The loan we gave you should not be included in the bankruptcy. You stated that you would pay us back.

It is not fair to me that I have to deal with the guilt with my sister.

I would like you to pay back the money $100 each month starting 7/1/24. If you can pay more, that would be good. You can mail the check to me each month at P.O. Box 1841.

Suzie
970-679-0241

PO Box 1841
Estes Park CO
80517

DENVER CO 802
25 MAR 2024 PM 2 L

FREEDOM

Susan Henshaw
3159 Highway 7
Estes Park CO
80517

80517-600159

3/24/24

Susan,

I've enclosed the discharge release from the bankruptcy court for the $5000 that was loaned to you by Jo and Ray. They knew you and respected you which is why my sister and I decided to help. Even though the funds are in the custody of myself and my sister Deb, we still consider it Mom & Dad's money. We knew you were in a tight spot and we were sure that they would be willing to help you.

I have highlighted in the court dismissal the section that states that you can, with good conscious repay the $5000. Dad was a minister and never made a whole lot of money. Mom had mostly secretarial and retail jobs. They worked extremely hard for their money and it wasn't easy.

You had offered to have Gerald sit down with you to develop a business plan to help you which he agreed to do. That never happened.

I know that Mom, Dad, my sister and I would appreciate a repayment plan. $5000 is a lot of money to us. We trusted you and tried to help. We hope you see that.

Please call me or send me a letter of what your intentions are.

Suzie Mayo
970-679-8241

PO Box 1841
Estes Park CO
80517

Your item arrived at our USPS facility in COLORADO SPRINGS CO DISTRIBUTION CENTER on July 22, 2024 at 5:32 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

*update printed 7/24/24 @ 1:28 PM*

## Moving Through Network

**Arrived at USPS Regional Facility**

COLORADO SPRINGS CO DISTRIBUTION CENTER
July 22, 2024, 5:32 am

**In Transit to Next Facility**

July 15, 2024

**Departed USPS Regional Facility**

DENVER CO DISTRIBUTION CENTER
July 9, 2024, 12:01 pm

**Arrived at USPS Regional Facility**

DENVER CO DISTRIBUTION CENTER
July 8, 2024, 10:29 pm

**Departed Post Office**

LYONS, CO 80540
July 8, 2024, 4:56 pm

**USPS in possession of item**

LYONS, CO 80540
July 8, 2024, 3:49 pm

Feedback

🔒 tools.usps.com







**UNITED STATES POSTAL SERVICE.**

LYONS
305 RAILROAD AVE
LYONS, CO 80540-9997
(800)275-8777

07/08/2024            03:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.92 |
|   Estes Park, CO 80517 | | | |
|   Weight: 0 lb 1.20 oz | | | |
|   Estimated Delivery Date | | | |
|   Wed 07/10/2024 | | | |
| Certified Mail® | | | $4.40 |
|   Tracking #: | | | |
|   70220410000034056589 | | | |
| Return Receipt | | | $3.65 |
|   Tracking #: | | | |
|   9590 9402 7763 2152 7789 80 | | | |
| Total | | | $8.97 |
| First-Class Mail® Letter | 1 | | $0.92 |
|   Denver, CO 80204 | | | |
|   Weight: 0 lb 1.30 oz | | | |
|   Estimated Delivery Date | | | |
|   Wed 07/10/2024 | | | |
| Certified Mail® | | | $4.40 |
|   Tracking #: | | | |
|   70220410000034056572 | | | |
| Return Receipt | | | $3.65 |
|   Tracking #: | | | |
|   9590 9402 7763 2152 7789 97 | | | |
| Total | | | $8.97 |
| Grand Total: | | | $17.94 |
| Cash | | | $20.00 |
| Change | | | -$2.06 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also



**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Susan Powell Henshaw<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8357<br>EIN  85-2720927 |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __-_____ |
| United States Bankruptcy Court  District of Colorado | | |
| Case number:  23-15647-CDP | | |

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan Powell Henshaw

3/15/24                                             **By the court:**  Cathleen D. Parker
                                                                        United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 COB#177 b318_7        **Order of Discharge**                        page 1