IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SUSAN POWELL HENSHAW,<br><br>Debtor | Case No. 23-15647<br>Chapter 7 |

### ORDER TO REOPEN CHAPTER 7 CASE AND REQUIRING COMPLIANCE

This matter is before the court on the Motion for Contempt with attached exhibits (ECF No. 27) filed by Debtor Susan Powel Henshaw, *pro se*. The court deems the Motion a request to reopen this previously closed Chapter 7 case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 and a request for an order to show cause as to why creditor Gerald and Suzie Mayo should not be held in contempt of the discharge injunction pursuant to 11 U.S.C. §§ 105(a) and 524(a)(2), which provides that a bankruptcy discharge "operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor … [.]"

Pursuant to Fed. R. Bankr. P. 9020, "Rule 9014 governs a motion for an order of contempt made by . . . a party in interest." Rule 9014(b) in turn requires service of such a motion. Accordingly,

IT IS ORDERED this Chapter 7 case is reopened. It is not necessary for the United States Trustee to reappoint a Chapter 7 trustee.

IT IS FURTHER ORDERED the filing fee for reopening this case is waived.

IT IS FURTHER ORDERED that within fourteen (14) days from the date of this Order, Debtor Susan Powell Henshaw shall file a Certificate of Service with the court reflecting proper service of her Motion for Contempt – indicating the name, address of the party(ies) served, and the manner and date of service for each relevant party(ies) served. Failure to comply may result in the court denying the Motion without further notice or a hearing.

BY THE COURT

_____ 8/30/2024
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
    Susan Powell Henshaw