# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Cathleen D. Parker

In re:

SUSAN POWELL HENSHAW,

    Debtor.

Case No. 23-15647-CDP
Chapter 7

## SECOND ORDER REGARDING COMPLIANCE

    Debtor filed a Motion for Contempt with attached exhibits (ECF No. 27), but she had not filed any certificate of service reflecting service of the Motion upon the parties against whom relief is sought. Accordingly, on August 30, 2024, the court entered an Order reopening this Chapter 7 case and requiring Debtor to serve copies of her Motion and file a Certificate of Service with the court. Debtor's Certificate of Service filed on September 4, 2024 (ECF No. 29) indicates she served *the court's Order* upon Gerald and Suzie Mayo, but Debtor has still not demonstrated compliance with the Order and Fed. R. Bankr. P. 9020 and 9014(b) by filing a certificate of service demonstrating that she served *her Motion for Contempt*, indicating the name, address of the party(ies) served with the Motion, and the manner and date of service for each relevant party(ies) served. Accordingly,

    IT IS ORDERED that within fourteen (14) days from the date of this Order, Debtor Susan Powell Henshaw shall file a Certificate of Service with the court reflecting proper service of her Motion for Contempt – indicating the name, address of the party(ies) served, and the manner and date of service for each relevant party(ies) served. Failure to comply may result in the court denying the Motion without further notice or a hearing.

    **Deficiency Cure Date: 14 days from the date of this Order.**

BY THE COURT:

*Cathleen D. Parker*  9/23/2024

United States Bankruptcy Judge

Service to:
    Susan Powell Henshaw