September 19, 2024

FILED
CLERK OF COURT
SEP 2 3 2024
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Ms. Susan Powell Henshaw
3159 State Highway 7
Estes Park, CO 80517

Re:   Case #23-15647-CDP

Dear Ms. Henshaw:

I am a licensed Colorado attorney and have been engaged by Gerald and Suzie Mayo in connection with your Motion for Contempt that you filed with the U.S. Bankruptcy Court for the District of Colorado on July 8, 2024.

I have reviewed the filings with respect to your bankruptcy proceeding and have advised Mr and Mrs. Mayo to refrain from any further contact with you regarding the $5,000 pre-bankruptcy debt. I have advised them that, because of the automatic bankruptcy stay, the absence of any attempt to seek relief from that stay and the bankruptcy discharge, they are court-ordered not to continue to seek to collect on this debt.

I believe that Mr. and Mrs. Mayo did not have a full understanding of these restrictions until I consulted with them, and I believe that they now understand that they have no rights to collect upon this debt, even if they think otherwise. As a result they have agreed to cease any attempts to contact you regarding this debt.

Because of this commitment, I would hope that you would withdraw your Motion for Contempt, without predjudice, to resolve this matter.

Because I also hope this matter will not take any further time and attention by the court, I am copying this letter also to the United State Bankruptcy Court for the District of Colorado.

If you or the court believes any further action is necessary, please contact me.

Sincerely yours,

*William C. Brown*

William C. Brown
453 E. Wonderview Avenue, Unit 3, PMB 412
Estes Park, CO 80517
Phone: 515-360-4292
Email: williamcbrown1953@gmail.com

Cc:   United States Bankruptcy Court for the District of Colorado
      Gerald and Suzie Mayo