UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLORADO
Bankruptcy Judge Cathleen D. Parker

In re:

SUSAN POWELL HENSHAW,

Debtor

Case No. 23-15647-CDP

## MOTION TO DISMISS
## DEBTOR'S MOTION FOR CONTEMPT

Gerald and Suzy Mayo, by and through its undersigned counsel, William C. Brown, hereby state as follows:

1. On December 7, 2023, the Debtor filed a bankruptcy petition under chapter 7 of the Bankruptcy Code.

2. The Debtor was granted a discharge in this case on March 15, 2024, and the case was closed on April 17, 2024.

3. July 26, 2024, the Debtor filed a motion that Gerald and Suzy Mayo be held in contempt for violation of the bankruptcy automatic stay by virtue of two letters dated March 24, 2024, and June 9, 2024, from Suzy Mayo to the Debtor.

4. The Debtor has not asserted that Gerald and Suzy Mayo have made any contact with her since the filing of the bankruptcy petition in this case other than those two letters, and in fact no other contact has been made.

5. Section 362(c)(2) of the Bankruptcy Code (11 U.S.C. §362) provides that the automatic stay continues only until the earliest of the time the case is closed, the time the case is dismissed or the time the discharge is granted in a case under chapter 7.

6. Since the automatic stay thereby expired on March 15, 2024, the actions claimed by the Debtor to have violated the automatic stay occurred after such date and therefore do not violate the expired automatic stay.

7. Any alleged remedy of Debtor with respect to two letters lies outside the realm and jurisdiction of the U.S. Bankruptcy Court and Debtor's Motion for Contempt should therefore be quashed.

WHEREFORE, Gerald and Suzy Mayo pray that:

a. The Debtor's Motion for Contempt be dismissed; and

b. That the court issue an order under section 362(j) of the Bankruptcy Code confirming that the automatic stay has been terminated.

c. That the court order such other and further relief as the Court may deem just and equitable in the circumstances.

*William C. Brown* (signature)

William C. Brown
453 E. Wonderview Avenue
Unit 3, PMB 412
Estes Park, CO 80517
Email : williamcbrown1953@gmail.com
Phone: 515-360-4292
Colorado Bar #56165

ATTORNEY FOR GERALD AND SUZY MAYO