UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
*Minutes of Proceeding*

Date: February 5, 2025

HONORABLE Cathleen D. Parker, Presiding

Location: Courtroom

In re: Susan Powell Henshaw

Debtor(s)

Case No: 23-15647

Chapter 7

### Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Susan Powell Henshaw | Counsel | *Pro Se* |
| Creditor | Gerald and Suzanne J. Mayo | Counsel | William Brown |

Proceedings: Hearing on Debtor's Motion for Contempt Regarding Violation of Discharge Injunction (ECF No. 27).

Witness sworn and testified: Jan Marie Chappell, Karen Jakal, Susan Henshaw, Gerald Mayo, Suzanne Mayo

Exhibits Admitted: See list attached.

Orders:
- ☒ Relief sought   ☒ Granted in part   ☐ Denied   ☐ Case Dismissed   ☐ Continued
- ☐ Matter taken under advisement
- ☐ Formal order or judgment to enter       To be prepared   _____
- ☒ These minutes constitute the Court's official order in this matter

Trial was held. The court entered an oral ruling following presentation of the evidence, finding Ms. Suzanne Mayo in contempt of the discharge injunction pursuant to 11 U.S.C. §§ 105(a) and 524(a)(2). However, in light of the evidence presented at the hearing, the court was unable to find Ms. Henshaw was entitled to emotional distress damages. Although Ms. Mayo is found in civil contempt under § 105, she is not subject to any monetary sanctions. A separate judgment shall enter.

BY THE COURT:

*[signature]* 2/7/2025

Honorable Cathleen D. Parker
United States Bankruptcy Judge

**In re Susan Powell Henshaw, Chapter 7 Case No. 23-15647-CDP**
**Exhibits – February 5, 2024 Evidentiary Hearing on Debtor's Motion for Contempt**

| Movant's Exhibit No. | Description | Offered (Y/N) | Admitted (Y/N) | Additional Comments |
|---|---|---|---|---|
| 1 | Letter from Susan Henshaw (11-13-24) | Y | Y | Stip. |
| 2 | Letter from Belle Abramson (11-15-24) | Y | Y | Stip. |
| 3 | Letter from Karen Jakal (11-13-24) | Y | Y | Stip. |
| 4 | Letter from Jan Marie Chappell (11-19-24) | Y | Y | Stip. |
| **Respondent's Exhibit No.** | | | | |
| A | Letter from Suzy Mayo to Susan Henshaw (3/24/24) | Y | Y | Stip. |
| B | Letter from Suzy Mayo to Susan Henshaw (6/9/24) | Y | Y | Stip. |
| C | Henshaw Motion for Contempt | Y | Y | Stip. |
| D | Letter from William Brown to Susan Henshaw (9/19/24) | Y | Y | Stip. |
| (audio tape played into the record) | Recording of First Meeting of Creditors (1/5/24) | Y | Y | Stip. |