# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

SUSAN POWELL HENSHAW,

       Debtor.

Case No. 23-15647-CDP

Chapter 7

## JUDGMENT

    In accordance with the oral ruling issued by this court at the conclusion of the evidentiary hearing on Debtor's Motion for Contempt Regarding Violation of Discharge Injunction held on February 5, 2025,

    IT IS ORDERED, ADJUDGED AND DECREED judgment is hereby entered in favor of Debtor Susan Powell Henshaw and against Respondent Suzanne J. Mayo for civil contempt of the discharge injunction pursuant to 11 U.S.C. §§ 105(a) and 524(a)(2). However, no ($0) monetary damages against Ms. Mayo are awarded.

BY THE COURT:

_[signature]_ 2/7/2025

Hon. Cathleen D. Parker
United States Bankruptcy Judge